# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES MIKLE SCOTT, JR.,
d/b/a SCOTT'S FRAMING
SERVICES LLC,

    Plaintiff,

v.                                                    CASE NO. 4:23cv109-RH-MAF

EMERALD COAST FEDERAL
CREDIT UNION, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk must close the file.

SO ORDERED on August 22, 2023.

                                                  s/Robert L. Hinkle
                                                  United States District Judge